**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:

BRENDA ROSE

Debtor.

Case No. 26-10100
Chapter 13

CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A,B, or C, and complete Sections 2 and 3 if applicable, even if Section 1(A) is selected.*

1. (Select A, B, or C):

___ A. This is an original plan, filed concurrently with the Petition, which will be mailed by the Clerk to all creditors on the Matrix. [*THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION*]

__ B. AMENDED PLANS ONLY INCREASING PAYMENTS: The Amended Chapter 13 Plan __ filed herewith / __ filed on _________________, 20__, makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required.

_X__ C. ALL OTHER PLANS: This is to certify that on May 26, 2026, I caused

(i) the Chapter 13 Plan filed herewith / _X_ filed on January 20, 2026; and
(ii) if applicable, _X the Order Denying Confirmation With Leave to Amend: N/A
[if (ii) is not applicable, place "N/A" in the blank];

to be mailed by first class mail, postage prepaid, to all addresses on the attached matrix or list. (If any parties on the matrix were served by CM/ECF instead of by mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing).

**AND**

2. *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the Plan.*

__ I caused the Chapter 13 Plan __ filed herewith / __ filed on _________________, 20__, to be served pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1 or 5.3. State address served and method of service. See Bankruptcy Rule 7004(h) if the party served is an insured depository institution. Attach separate sheets or repeat this paragraph for each such creditor served.

______________________________
Name of Creditor

______________________________ ______________________________
Name served Capacity (Resident Agent, Officer, etc.)

______________________________
Address

______________________________
City, State, ZIP

Method of Service: ______________________________

Date Served: ______________________________

**AND** Select A or B:

A. ___ A proof of claim has been filed with respect to the lien or claim at issue prior to service of the Plan. I also mailed a copy of the Plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

B. ___ No proof of claim has been filed for the lien or claim at issue.

3. ___ Along with each copy of the Plan served under Section 2, I included copies of documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the Plan. ***This supplemental material need not be served with the plan on all creditors, only on affected secured creditors.***

___ This is an amended Plan and the documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry ____.

I hereby certify that the foregoing is true and correct.

Dated: May 26, 2026

_*Steven B. Preller, Esq*_______________
Debtor, Counsel for Debtor, or other
Person effecting service

abel Matrix for local noticing
416-1
ase 26-10100
istrict of Maryland
altimore
ue Jan 20 12:02:53 EST 2026

Anne Arundel County
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, MD 21401

Barclay's Bank Delaware
P.O. Box 8803
Wilmington, DE 19899-8803

est Buy/Citbank
.O. Box 7032
ioux Falls, SD 57117-7032

CACH, LLC
4340 South Monaco Street
2nd Floor
Denver, CO 80237-3485

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

apital One
680 Capital One Drive
c Lean, VA 22102-3407

Credit Onebank
6801 S. Cimmarron Road
Las Vegas, NV 89113-2273

Crofton Route 3 Associates LLLP
1298 Cronson Boulevard
Suite 204
Crofton, MD 21114-2035

ave Eydo
22 Slade Ave Suite 250
altimore, MD 21208-4928

David Eydo
c/o Saul Jablon, Esq
122 Slade Ave.
Suite 250
Pikesville, MD 21208-4928

Edward St. John, LLC
2560 Lord Baltimore Drive
Windsor Mill, MD 21244-2677

ingerville Community Ass'n Inc.
/o The Law Office of Kevin Best
068 Defense Highway, Suite A
nnapolis, MD 21401-7012

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jacki L. Gee-Ferko
c/o Connor M. Noel, Esq.
Hillman, Brown & Darrow
221 Duke of Gloucester Street
Annapolis, MD 21401-2500

VNV Funding, LLC
esurgent Capital Services
O Box 10587
reenville, SC 29603-0587

Macys/Citibank, NA
P.O. Box 6789
Sioux Falls, SD 57117-6789

Nasrolah Khoshtinant
336 Derbyshire Lane
Riva, MD 21140-1511

neman
.O. Box 1010
vansville, IN 47706-1010

Steven B. Preller
Law Offices of Steven B. Preller
130 Holiday Court, Suite 108
Annapolis, MD 21401-7003

Brenda P Rose
164 Cardamon Drive
Edgewater, MD 21037-1126

amuel Foster
61 Charlbrooke Lane
woope, VA 24479-2239

State of Maryland
1100 North Eutaw
Room 400
Baltimore, MD 21201-2226

State of Maryland Dep't of Labor
110 North Eutaw Street
Room 400
Baltimore, MD 21201-2125

he Home Depot/Citibank
.O. Box 7032
ioux Falls, SD 57117-7032

Brian A. Tucci
Brian A. Tucci, Chapter 13 Trustee
P.O. Box 1110
Millersville, MD 21108-4110

United Real Estate
5217 Alpha Road
Dallas, TX 75240-4342

aul jablon
22 Slade Ave Suite 250
altimore, MD 21208-4928

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

nternal Revenue Service
.O. Box 145595
incinnati, OH 45250-5595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)Select Portfolio Services
NVALID ADDRESS PROVIDED

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 27 |
| Bypassed recipients | 1 |
| Total | 28 |